### ISAKAR POLOCK VS. *Good Intent*, 1751

Newport Oct 21ᵗ 1751

Pursuant to the within Warrant we have viewed the within mentioned Sloop and according to the best of our Judgements do think the Sloop Good Intent with her Tackle, apparel and appurtenances as she came from sea worth the sum of Two Thousand Six Hundred Pounds Old Tenor as Witness our hands

Philip Wilkinson<br/>Clother Peirce<br/>Robert Shearman

### ISAAC HOXSEA VS. ISACHAR POLOCK AND MOSES LEVY, 1752

Mar Howard Jʳ pro Respᵈ

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty Held at Newport in the Colony aforesᵈ on Monday the Third of February at Ten o· Clock A: M: Present the Honble Samˡˡ Wickham Esqʳ Deputy Judge
The Court being opened.